

**FILED & ENTERED**

MAY 03 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ATIQUE H. CHOWDHURY,<br><br>Debtor. | Case No.: **2:16-bk-14281-RK**<br><br>**Chapter 7**<br><br>**ORDER CONDITIONALLY GRANTING DEBTOR'S MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 7 BANKRUPTCY CASE** |

Pending before the court is Debtor Atique H. Chowdhury's motion to vacate the dismissal order of and reinstate his Chapter 7 case for failure to timely file all of his case opening documents by the April 18, 2016 deadline ("Motion"). ECF 17. The court issued the dismissal order on April 22, 2016. ECF 15.

Having considered the Motion and the attached Declaration of Debtor and Exhibit "A," the court determines that Debtor, who is self-represented, in his Motion has provided sufficient explanation to show that his failure to timely file all of his case opening documents

by the deadline was due to "excusable neglect" arising from his misunderstanding as to what forms were required to warrant reconsideration of the dismissal of his bankruptcy case under Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9024, which makes Federal Rule of Civil Procedure ("Civil Rule") 60(b)(1) applicable here.  However, although Debtor attached copies of the required case opening documents as Exhibit "A" to the Motion in compliance with Local Bankruptcy Rule 1017-2(c)(1), the documents were not signed by Debtor.

In considering the totality of the circumstances of Debtor's Motion and the explanation of his circumstances,

IT IS ORDERED as follows:

1. Debtor's Motion is GRANTED pursuant to Bankruptcy Rule 9024 and Local Bankruptcy Rules 1017-2(c)(1) and 9013-1(q), subject to the condition that Debtor signs and files the required case opening documents on or before May 24, 2016.

2. The order dismissing this bankruptcy case is hereby VACATED, and the case is reinstated as an active bankruptcy case.

3. The Chapter 7 trustee is ordered to be reappointed to administer Debtor's Chapter 7 bankruptcy case.

4. If the required case opening documents are not signed and filed by Debtor on or before May 24, 2016, the court may reconsider and vacate this order and issue another order for dismissal.

IT IS SO ORDERED.

Date: May 3, 2016

_____
Robert Kwan
United States Bankruptcy Judge

- 2 -